## WARDWELL *versus* FOSTER.

A parol promise by the maker of a note, who was a certificated bankrupt, made to the payee of a note, barred by the bankruptcy, that he would pay the same, does not pass to the indorsee.

In a suit, in the name of the indorsee of such a note, against the bankrupt, (the maker,) the plaintiff cannot avail himself of a parol promise, made by the defendant to the payee, to pay the note.

ON REPORT from the District Court, COLE, J.

Assumpsit on a note given to one Briggs, and indorsed to the plaintiff.

Defendant relied on his discharge in bankruptcy. The plaintiff proved that after the discharge, and while Briggs held the note, the defendant, by parol, promised Briggs to pay it.

*Perry*, for plaintiff.

*Whitman*, for defendant.

SHEPLEY, C. J., orally. — It has recently been decided that a promise, like the one relied upon in this case, does not pass to the indorsee.                                   *Nonsuit.*